IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. HARRIS,

      Petitioner,                    No. 2:12-cv-3017 JFM P

    vs.

WARDEN, HIGH DESERT
STATE PRISON, et al,

      Respondents.             <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2013, petitioner's motion to proceed in forma pauperis was granted and the respondent was directed to file a response to the petition within sixty days.

        The application attacks a conviction issued by the Riverside County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. <u>See</u> <u>id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: January 24, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
harr3017.108

2