# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. HARRIS, ) | Case No. EDCV 13-1593-PSG (JEM) |
|            Petitioner, ) | |
| v. ) | J U D G M E N T |
| HIGH DESERT STATE PRISON, Warden, ) | |
|            Respondent. ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 7, 2014

                                            PHILIP S. GUTIERREZ
                                           UNITED STATES DISTRICT JUDGE